**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
CAITLIN A. COLMAN, SB# 274075
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, HILTI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & J RENTALS, INC. d/b/a TWIN CITIES EQUIPMENT RENTALS, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTI, INC., an Oklahoma corporation,<br><br>Defendant. | CASE NO. 2:16-cv-00879-MCE-KJN<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT HILTI, INC. TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Trial Date:   None Set |

4823-3364-8690.1

1

STIPULATION EXTENDING TIME FOR DEFENDANT HILTI, INC. TO RESPOND TO COMPLAINT

Plaintiff S & J Rentals, Inc. d/b/a Twin Cities Equipment Rentals and Defendant Hilti, Inc. (collectively "the Parties") seek to continue Defendant's response date to the complaint from June 1, 2016, to June 21, 2016; now therefore,

The Parties hereby stipulate that Defendant Hilti, Inc.'s response to the complaint will be filed on or before June 21, 2016.

DATED: June 1, 2016                WILLIAM KERSHAW
                                   STUART C. TALLEY
                                   IAN J. BARLOW
                                   KERSHAW, COOK & TALLEY  PC


                                   By:    */s/ Stuart C. Talley*
                                          Stuart C. Talley
                                          Attorneys for Plaintiff, S & J RENTALS, INC.
                                          d/b/a TWIN CITIES EQUIPMENT RENTALS


DATED: June 1, 2016                JOHN S. POULOS
                                   CAITLIN A. COLMAN
                                   LEWIS BRISBOIS BISGAARD & SMITH LLP


                                   By:    */s/ John S. Poulos*
                                          John S. Poulos
                                          Attorneys for Defendant, HILTI, INC.



4823-3364-8690.1

2

STIPULATION EXTENDING TIME FOR DEFENDANT HILTI, INC. TO RESPOND TO COMPLAINT

**FILER'S ATTESTATION**

I hereby attest that I, John S. Poulos, received the concurrence of Plaintiff's counsel in filing of this document.

　　　　　　　　　　　　　　　　　　　　/s/ John S. Poulos
　　　　　　　　　　　　　　　　　　　　John S. Poulos

**ORDER**

Given the foregoing stipulation of the parties, the deadline for Defendant to file a response to the Complaint is hereby modified so that the deadline is extended to no later than June 21, 2016.

IT IS SO ORDERED.

Dated: June 2, 2016

　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE