**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
  E-Mail: John.Poulos@lewisbrisbois.com
CAITLIN A. COLMAN, SB# 274075
  E-Mail: Caitlin.Colman@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant Hilti, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S & J RENTALS, INC. d/b/a TWIN CITIES EQUIPMENT RENTALS, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTI, INC., an Oklahoma corporation,<br><br>Defendant. | CASE NO. 2:16-cv-00879-MCE-KJN<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT HILTI, INC.'S (1) MOTION TO DISMISS AND MOTION TO STRIKE JURY DEMAND; AND (2) MOTION TO TRANSFER**<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>Trial Date:    None Set |

Pursuant to Eastern District of California Local Rules 143 and 230, Plaintiff S & J Rentals, Inc. ("Plaintiff") and Defendant Hilti, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

## **STIPULATION**

WHEREAS, the hearing date for Defendant's Motion to Dismiss and Motion to Strike Jury Demand (Dkt. No. 8) and Motion to Transfer (Dkt. No. 9) (together, "Motions") is currently scheduled for August 25, 2016; and

WHEREAS, the parties have agreed to continue the hearing date for the Motions to September 8, 2016 at 2pm in Courtroom 7.

Now, THEREFORE, undersigned counsel for the parties, stipulate and agree as follows:

1. The hearing on Defendant's Motions is continued to September 8, 2016 at 2pm in Courtroom 7.
2. Defendant's Replies in Support of Motions will be due August 25, 2016.

IT IS HEREBY STIPULATED.

DATED: August 18, 2016     JOHN S. POULOS
CAITLIN A. COLMAN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ John S. Poulos*
John S. Poulos
Attorneys for Defendant Hilti, Inc.

DATED: August 18, 2016     KERSHAW, COOK & TALLEY PC

By: */s/ Ian J. Barlow*
Ian J. Barlow
William A. Kershaw
Stuart C. Talley
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

Attorneys for Plaintiff and the Class

## ORDER

**IT IS SO ORDERED.**

Dated: August 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE